# United States District Court

---------------------------------------------------------------DISTRICT OF---------------------------------------------------------------

EXHIBIT AND WITNESS LIST

USA

v.

Joseph Hipp

Case Number: 6:19-239

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| Hon. Bruce H. Hendricks | William Watkins, AUSA | James Griffin, Margaret Fox |
| Trial Date(s) | Court Reporter | Courtroom Deputy |
| December 18, 2019 | Teresa Johnson | Fred Bostic |

| Plf No. | Def. No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| ExhA | | 12/18/19 | ✓ | | HIPP SIGNED STATEMENT |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.