IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

       VS                          CR NO. **6:19-239**

**JOSEPH P. HIPP**

## PLEA

The defendant, **JOSEPH P. HIPP**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count 1 of the **Information**.

_____
(Signed) Defendant

Greenville, South Carolina
December 20, 2021